JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Christopher Ziemer, | ) Case No. CV 18-10054 DDP (SKx) |
| Plaintiffs, | ) |
| v. | ) **ORDER OF DISMISSAL** |
| Count of Santa Barbara et al, | ) |
| Defendants. | ) |
| _____ | ) |

In light of the Response to the Order to Show Cause filed 3/16/2019 [10],

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedures.

Dated: March 26, 2019

DEAN D. PREGERSON
United States District Judge